# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Erna Kowalzek, Jerome Kowalzek,<br><br>             Plaintiffs,<br><br>vs.<br><br>C.B. Fleet Company, Inc., a Virginia corporation; Walgreens Co., a Deerfield, Illinois, company, and DOES 1 through 100,<br><br>             Defendants. | Civil No. 07-4018 (RHK/AJB)<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE<br>OF WALGREENS CO.** |

Based on the Stipulation (Doc. No. 29) between the parties, **IT IS ORDERED** that Plaintiffs' claims against Walgreens Co. are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  February 6, 2008

                                                                s/Richard H. Kyle<br>
                                                                RICHARD H. KYLE<br>
                                                                United States District Judge